# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2014

## NO. 03-14-00211-CV

**PM Management-Killeen III NC, LLC d/b/a Hill Country Rehab and Nursing Center; and Trisun Healthcare, LLC, Appellants**

**v.**

**Georgia Kielman, Appellee**

**APPEAL FROM 169TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the order signed by the trial court on March 14, 2014. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.